300 So.2d 396

In re Robert Joe JOHNSON

v.

STATE.

Ex parte STATE of Alabama ex rel.
ATTORNEY GENERAL.

SC 920.

Supreme Court of Alabama.

Aug. 29, 1974.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston III, Asst. Atty. Gen., for the State petitioner.

*No brief for respondent.

FAULKNER, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Johnson v. State, 53 Ala.App. 354, 300 So. 2d 392.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.

306 So.2d 56

In re James D. JOHNSON, Jr.

v.

STATE.

Ex parte James D. Johnson, Jr.

SC 1090.

Supreme Court of Alabama.

Jan. 9, 1975.

John D. Quinlivan, Jr., and Thomas M. Haas, Mobile, for petitioner.

No brief for the State, respondent.

COLEMAN, Justice.

Petition of James D. Johnson, Jr., for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Johnson v. State, 54 Ala.App. 187, 306 So.2d 55.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.